UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 10-cr-91-01-JL

<u>Donald Gaudet</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 10 ) filed by defendant is granted; Final Pretrial is rescheduled to November 18, 2010 at 11:00; Trial is continued to the two-week period beginning December 1, 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                            /s/ Joe Laplante
                                                            _____
                                                            Joseph N. Laplante
                                                           United States District Judge

Date:  August 12, 2010

cc:  Pendleton, John, Esq.
     Jennifer C. Davis, AUSA
     U.S. Marshal
     U.S. Probation