UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                v.                          Criminal No. 10-cr-91-01-JL

Donald Gaudet


                                O R D E R


    The assented to motion to reschedule jury trial (document no.

13 ) filed by defendant is granted; Final Pretrial is rescheduled

to December 22, 2010 at 10:30; Trial is continued to the two-week

period beginning January 4, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10

days.  The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the

reasons set forth in the motion.

    SO ORDERED.

                                _____
                                Joseph N. Laplante
                                United States District Judge

Date:  November 30, 2010



cc:  John T. Pendleton, Esq.
     Jennifer C. Davis, AUSA
     U.S. Marshal
     U.S. Probation