UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Criminal No. 10-cr-91-01-JL

<u>Donald Gaudet</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 19 ) filed by defendant is granted; Final Pretrial is rescheduled to Monday March 14, 2010 at 10:00am; Trial is continued to the two-week period beginning March 22, 2010, 09:30. No further continuances without a hearing.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*
_____
Joseph N. Laplante
United States District Judge

Date: December 16, 2010


cc:  John T. Pendleton, Esq.
     Jennifer C. Davis, Esq.
     U.S. Marshal
     U.S. Probation